AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Rene Perez-Morales

**CRIMINAL COMPLAINT**

Case Number: M-19-2853-M

IAE   YOB: 1957
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 18, 2019** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Rene Perez-Morales was encountered by Border Patrol Agents near Roma, Texas on November 18, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on November 18, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on July 11, 1991 through Progreso, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 21, 1989 the defendant was convicted of Voluntary Manslaughter and sentenced to five (5) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by M. Alexis Garcia on 11/20/19

Sworn to before me and subscribed in my presence,

November 20, 2019  -  8:35 a.m.

Signature of Complainant
Cipriano Shears Jr.   Border Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer